No. 99–1407. FRANK'S CASING CREW & RENTAL TOOLS, INC. *v.* MARINE DRILLING MANAGEMENT CO. C. A. 5th Cir. Certiorari denied.

No. 99–1413. CALKINS ET UX., DBA INDIO GROCERY OUTLET *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 99–1418. TER MAAT ET AL. *v.* BROWNING-FERRIS INDUSTRIES OF ILLINOIS, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1419. CITY OF NEW YORK ET AL. *v.* TENENBAUM ET UX., INDIVIDUALLY AND ON BEHALF OF TENENBAUM, AN INFANT. C. A. 2d Cir. Certiorari denied.

No. 99–1424. WILSON, DIRECTOR, MISSOURI DEPARTMENT OF REVENUE *v.* BURLINGTON NORTHERN SANTA FE RAILWAY CO. C. A. 8th Cir. Certiorari denied.

No. 99–1425. BORODATY ET AL. *v.* WEST PENN POWER CO., INC. C. A. 3d Cir. Certiorari denied.

No. 99–1428. WESTENDORP, A MINOR, BY AND THROUGH HIS PARENTS AND NATURAL GUARDIANS, WESTENDORP ET VIR, ET AL. *v.* VENTURA, GOVERNOR OF MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1430. LUNNEY, AN INFANT, BY HIS FATHER AND NATURAL GUARDIAN, LUNNEY *v.* PRODIGY SERVICES CO. Ct. App. N. Y. Certiorari denied.

No. 99–1437. CUMBERLAND FARMS, INC. *v.* NORTHEAST DAIRY COMPACT COMMISSION ET AL.; and
No. 99–1438. NEW YORK STATE DAIRY FOODS, INC., ET AL. *v.* NORTHEAST DAIRY COMPACT COMMISSION ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 198 F. 3d 1.

No. 99–1450. GREEN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF GREEN, DECEASED, ET AL. *v.* STELLY ET AL. C. A. 5th Cir. Certiorari denied.